**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00430-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD DALTON,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE AND
FORFEITURE MONEY JUDGMENT**

---

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Doc. # 170). The Court having read said Motion and being fully advised in the premises finds as follows:

The United States and Defendant Richard Dalton entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Richard Dalton's interest in the following:

    a.     a $500,000.00 money judgment, representing the amount of proceeds obtained by the Defendant;

    b.     927 Cole Street, Golden, Colorado;

    c.     one Webber OM Guitar with case S/N 2310; and

    d.     one 1.05 Carat diamond, currently part of a 14KT Yellow Gold ring,

is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(1). Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Richard Dalton at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States Marshal, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(b) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings.

SO ORDERED this __7th__ day of May, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge