IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 11-cr-00430-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RICHARD DALTON, AND
2.     MARIE DALTON,

    Defendants.

---

**FINAL ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT**

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Forfeiture Money Judgment (Doc. # 234). The Court having reviewed said Motion, FINDS as follows:

THAT the United States commenced this action pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on October 19, 2011;

THAT a Preliminary Order of Forfeiture was entered on May 7, 2013 forfeiting Defendant Marie Dalton's interest in the following property:

    a.     a money judgment in the amount of $5,000,000.00, representing the amount of proceeds obtained by Defendant Marie Dalton;

    b.     Webber Om Guitar with case S/N 2310; and

    c.     one 1.05 Carat diamond, currently part of a 14KT Yellow Gold ring;

1

THAT a Preliminary Order of Forfeiture was entered on May 7, 2013 forfeiting Defendant Richard Dalton's interest in the following property:

a. a money judgment in the amount of $500,000.00, representing the amount of proceeds obtained by Defendant Richard Dalton;

b. Webber Om Guitar with case S/N 2310; and

c. one 1.05 Carat diamond, currently part of a 14KT Yellow Gold ring;

THAT pursuant to the terms of the Plea Agreement, the 14KT Yellow Gold ring has been returned:

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), free from the claims of any other party:

a. Webber Om Guitar with case S/N 2310; and

b. one 1.05 Carat diamond;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

THAT a Forfeiture Money Judgment against Defendant Marie Dalton in the amount of $5,000,000.00 shall be entered. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT a Forfeiture Money Judgment against Defendant Richard Dalton in the amount of $500,000.00 shall be entered. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

SO ORDERED this __16th__ day of August, 2013.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Court Judge